IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELYN MCLEAN | : |
| | : CIVIL ACTION |
| | : |
| v. | : NO. 15-00957 |
| | : |
| CITY OF PHILADELPHIA | : |

## **O R D E R**

**AND NOW**, this  20th  day of    December    , 2016, upon consideration of Defendants' Motion To Dismiss For Failure To State A Claim (ECF No. 3) and Plaintiff's response thereto (ECF No. 7), it is **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**